Mr. Paul Lee
FULL NAME

COMMITTED NAME (if different)
18492
~~15900~~ Florida St. A-16
FULL ADDRESS INCLUDING NAME OF INSTITUTION
Huntington Beach, CA 92648

PRISON NUMBER (if applicable)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 13 2020

CENTRAL DISTRICT OF CALIFORNIA
BY     EV     DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Mr. Paul Lee,

PLAINTIFF,
v.
City of Huntington Beach, CA; et al.,
(Police Dept.)

DEFENDANT(S).

CASE No. CV SACV 20-00301 GW-(PJW)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO (check one)

☐ 42 U.S.C. § 1983
  or
☒ <u>Bivens v. Six Unknown Agents</u>
  403 U.S. 388 (1971);

A. PREVIOUS LAWSUITS

1) Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2) If your answer to 1 is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:

Plaintiff _____

_____

Defendants _____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1) Is there a grievance procedure available at the institution where the events relating to your current complaint occurred?   ☐ Yes   ☒ No

2) Have you filed a grievance concerning the facts relating to your current complaint?

☐ Yes   ☒ No

If your answer is no, explain why not __I filed a complaint against the City of Huntington Beach, CA., (See attached Exhibit A) (Claim# 2019-24 denied 10-31-19) (See Exhibit B)*__
(Also Note: Plaintiff lodged a complaint to HBPD Watch Commander in hospital)

3) Is the grievance procedure completed?   ☒ Yes   ☐ No

\* Note: Order of denial was not received till 11/25/19 or shortly thereafter (Exhibit C)

Page 2 of 6

CV-66 (7/97)   CIVIL RIGHTS COMPLAINT FORM

2001 © American LegalNet, Inc.

If your answer is no, explain why not_____

4) Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Paul Lee**
(print plaintiff's name)

who presently resides at ~~18992~~ **18900 Florida St. #16 Huntington Beach, CA 92648**, were violated
(mailing address or place of confinement)

by the actions of the defendant(s) named below, which actions were directed against plaintiff at **the Pier of the City of Huntington Beach, CA**
(institution/city where violation occurred)

on (date or dates) **/2019** (Claim I), **/2019** (Claim II), _____ (Claim III).

(You need not name more than one defendant or allege more than one claim; however, make a copy of this page to provide the information below if you are naming more than five (5) defendants.)

1) Defendant **City of Huntington Beach (Police Dept)** resides or works at
(full name of first defendant)

**City Hall 2000 Main St. H.B, CA 92648**
(full address of first defendant)

**Chief of Police / Mayor within "Entity"**
(defendant's position and title, if any)

The defendant is sued in his/her:  ☐ individual  ☒ official capacity. (Check one or both).

Explain how this defendant was acting under color of law:
**Law enforcement officers of the City of Huntington Beach were arresting Plaintiff on a fictitious charge and used force w/o cause.**

2) Defendant **Officer ~~John Doe #1~~ Dineen** resides or works at
(full name of second defendant)

**(Same as #1 above only at Police Dept.)**, and is employed as
(full address of second defendant)

**Law enforcement officer (Arresting Officer)**
(defendant's position and title, if any)

The defendant is sued in his/her:  ☒ individual  ☒ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:
**He was acting in capacity as an HBPD officer and he targeted me as a "homeless transient" claiming "illegal storage of property, and, arresting me with force w/o resistance.** Page 3 of 6

---

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

2001 © American LegalNet, Inc.

3) Defendant __Officer John Doe #2__ resides or works at
   (full name of third defendant)
   __(Same as 2 above)__, and is employed as
   (full address of third defendant)
   __"__  __(2nd Arresting Officer)__
   (defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☒ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:
__(Same as above #2)__
__"__

4) Defendant __~~Officer~~ John Doe #3__ resides or works at
   (full name of fourth defendant)
   __(Same as above #2)__, and is employed as
   (full address of fourth defendant)
   __"__
   (defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☒ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:
__(same as above #2)__

5) Defendant __~~Officer~~__ resides or works at
   (full name of fifth defendant)
   __(Same as above #2)__, and is employed as
   (full address of fifth defendant)
   __"__
   (defendant's position and title, if any)

The defendant is sued in his/her: ☒ individual  ☒ official capacity. (Check one or both.)

Explain how this defendant was acting under color of law:
__(Same as above #2)__

Page 4 of 6

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT FORM

2001 © American LegalNet, Inc.

## E. CLAIMS*

### CLAIM I

The following civil right has been violated:

1. Right to life liberty and pursuit of happiness, 1st Amend.
2. Right to be free from Cruel and Inhumane Punishment.
3. Right to be protected both home and property (8th Amend.) (4th Amend.)
4. The Right to Equal Protection under 14th Amend.
5. Protection from "excessive force"
6. Illegal search and seizure 4th
7. Unlawful arrest. (5th and 14th Amend.)

Supporting Facts: [Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.]

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

(See Attached) (Memorandum)
(Plaintiffs Exhibit A) Claim against City of H.B.)
(Adopted as inclusive herein uncontested)

1. As set forth therein, the City of Huntington Beach targeted the Plaintiff, via "profiling", due to his "homeless" status.
2. Officers used a "fictitious" charge to justify arrest and search. Plaintiff was not asked if he was on Probation. **
3. Officers used force to arrest Plaintiff; although, Plaintiff was not committing any crime; and, flight was not attempted; nor was plaintiff "physically" resisting arrest or inquired of probationary status.
4. The plaintiff was being forcefully removed from a tourist area due to his transient status although no crime was, in fact, committed. The Plaintiff went to get food and left property a short-time.
5. Property was not properly secured resulting in loss and damages

PAGE 5 OF 6

* UNCONSTITUTIONAL
** Body Cam of arrest would verify.

## F. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

1. Injunctionary relief to prevent future harassments.
2. Compensatory Damages for costs of litigation.
3. "Punitive damages" of no less than $10,000.00 (ten-thousand dollars) for each claim.
4. Jury Trial
5. Attorney requested.
6. Plaintiff furthermore requests for Certification of a Question of Law to the UNITED STATES SUPREME Court of U.S.A. as follows:
   "Does the constitution protect citizens irregardless of economic disparities?"
7. In furtherance, Plaintiff stateth Naught Under penalty of Title 28 U.S.C. § 1746

02/7th/2020                         X Paul W
(Date)                              (Signature of Plaintiff)

(Addressed Above)
(mailing address only)
Plaintiff is "Transient"

Mr. Paul Lee
18998 Florida St. A-16
Huntington Beach, CA.
92648

United States District Court
Central District of California

Mr. Paul Lee, {Proper}
~Plaintiff,
v.
City of Huntington Beach, et al.,
~Defendant(s).

Case #: _____
{To Be Assigned By Clerk}
Memorandum in Support of F.T.C.A.
(Attached to F.T.C.A.)

Comes now the plaintiff, Paul Lee, proper; and, hereby supports the attached F.T.C.A form as follows: (Adopt as inclusive all facts in Ex. A);

I. Statement of Facts

1. The facts set forth in Exhibit A claim are true and correct and uncontested.

2. Said facts depict that the arrest was unlawful; as well as, the search.

3. Said undisputed facts show that excessive force was utilized without just provocation.

4. The "fictitious" charges were all dismissed.

5. This action follows.

{1}

## II. Argument of Law

Property rights are protected under the 1st Amendment, U.S. Constitution. One cannot be deprived of "Life", "Liberty", or "Property" without the application of "Due Process of Law". "Due Process" and "Equal Protections" are protected by the 5th and 14th Amendments thereof. The question is raised, "Whether Plaintiff is entitled to Equal Protection irregardless of socioeconomic status?"

Plaintiff's property was the "cause" for the arrest; yet, there is no criminal offense for possessing property. The property was not secured after arrest, either. Thus resulted in loss and damage to property. The Plaintiff refers this court to the authority of Parratt v. Taylor, 451 U.S. 527 (19__) in support hereof. See also Ward v. Brown, 891 F.Supp.2d 1149, 1163 (E.D. CA 2012); West v. Atkins, 487 U.S. 42, 49-50 (1988); and, Zinnermon v. Burch, 499 U.S. 113, 124 (1990).

In Wilson v. Johnson, 535 F.3d 262 (4th Cir. 2008), "[P]urpose of 1983 is to provide litigants with a uniquely federal remedy against incursions upon rights secured by the Constitution.... [B]arring plaintiff's claim would leave him without access to any judicial forum in which to seek relief for his alleged wrongful imprisonment."

The charge of abandonment did not even exist, the arrest was unlawful and the force used was excessive. See 1st, 5th, 8th & 14th Amends. {2} U.S. Const. Resulting in Viol. for Police Contact."

It is common knowledge via City Council meetings and records that residents and business owners have collaborated with the City to assist in ridding the City of Homeless persons. A disregard of rights is condoned as long as the homeless person targeted is eliminated from the downtown area. The officers targeted and profiled plaintiff as a transient. They sought to charge a crime that is unconstitutional. Plaintiff only left property behind while going to get food. Upon plaintiff's return he was arrested for trying to protect his property. In doing so, officer Dixon used force and arrested plaintiff resulting in injury and hospitalization. The 4th and 14th Amendments, U.S. Constitution.

I request certification of an Amendment to the 14th Amendment to include "socio-economic status." Not to be discriminated based on Sex, Creed, Religion, Color or "SOCIO ECONOMIC STATUS"

The City of Huntington Beach, by and through their agents of the Huntington Beach Police, both politically and administratively, targeted and profiled homeless persons; and, have sought, by whatever means necessary, to eradicate their presence. The intensity of the political agenda condones law enforcements harassments. and civil rights violations imposed against "homeless" people. The plaintiff was violated by actions of defendants resulting in injury and loss of property.

This action follows.

{3}

### III. Relief Sought

Wherefore, upon good cause shown in the above and foregoing, the Plaintiff respectfully prays for relief, as set forth in attached F.T.C.A. form; as well as, any additional relief so deemed necessary in order to complete this Honorable Court's provident subject matter jurisdiction. Jury Trial requested. This action be entered in order that all parties be governed so. It be so prayed under penalty of perjury.

The above and foregoing is a true statement under Title 28 U.S.C. §1746.

Dated: 2/7/2020

Sincerely,

X Paul
{Plaintiff/Proper}
Paul Lee





**Huntington Beach**

**CLAIM AGAINST THE CITY OF HUNTINGTON BEACH**
(For Damages to Persons or Personal Property)

Received by __MM__ via:
- U.S. Mail ☑
- Inter-Office Mail ☐
- Over the Counter ☐

File Number: 2019-024

RECEIVED
2019 AUG -5 AM 11: 11
CITY CLERK
CITY OF
HUNTINGTON BEACH

Time Stamp

A claim must be filed with the City Clerk of the City of Huntington Beach within six (6) months after which the incident or event occurred. Be sure your claim is against the City of Huntington Beach -- not another public entity. Where space is insufficient, please use additional paper and identify information by section. Completed claims must be mailed or delivered to:

City of Huntington Beach, City Clerk, 2000 Main Street, P.O. Box 190, Huntington Beach, California 92648

**To the Honorable Mayor and City Council, The City of Huntington Beach, California**

### CLAIMANT INFORMATION

Name: Mr. Paul Lee
Address: 913 Louis St.
City: Santa Ana  State: Ca.  Zip Code: 92703
Phone Numbers: Home (CELL): (949) 549-9011
Work: (  )
Date of Birth: 08/27/87
Driver's License Number: 2311 3985 70 IN

Name, telephone and post office address to which claimant desires notice to be sent if other than above:

### CLAIM INFORMATION

Occurrence or event from which claim arose: Date: 05/17/2019  Time: Noontime 12:00+

Place (exact & specific location): Under the pier by bike racks, Huntington Beach, CA

Specify how and under what circumstances did the particular occurrence, event, act or omission you claim caused the injury or damage occur. H.B. Police officers commenced to harass my person for the unlawful storage of property that they found while I was away from "my spot" getting breakfast; upon my return. The officers falsely claimed additional violations and proceeded to arrest my person. Claimant sought to protect property.

What particular action, by the City or its employee(s), caused the alleged damage or injury? During the arrest procedure I sought to have my property taken into custody as well. The Police misinterpreted and proceeded to use force against my person ~~in taking me in~~ Hog tied. I was hospitalized for the injuries. I was held after due to V.O.P.

Give a description of the injury/damage or loss known at the time of this claim. If there was no injury, state "No Injury". (If your claim involves a vehicle, include year, make and model): Some of my property was damaged; but, I sustained physical injuries as a result of their use of "Excessive" force. (See Hospital Records)

Name/Address of any other person(s) injured: NONE

{Exhibit A} (Pg 10a) RISK Mgt AUG 6'19 AM 11:30



# CLAIM AGAINST THE CITY OF HUNTINGTON BEACH
(For Damages to Persons or Personal Property)

## CLAIM INFORMATION (Continued)

Name/Address of the owner of any damaged property: __Paul Lee__

## DAMAGES CLAIMED - LESS THAN $10,000

Amount claim as of this date: $ __10,000.00__
Estimated Amount of Future Costs: $ __unknown__
Total Amount Claimed: $ __10,000.00__
Basis of computation of amounts claimed (include copies of all bills, invoices, receipts and estimates): __Injury; and Unlawful arrest, excessive force, violation of constitutional rights under 1st, 5th, 8th & 14th Amends, U.S. Const.__

## DAMAGES CLAIMED - MORE THAN $10,000

You must indicate court jurisdiction:   Municipal: __X__   Superior: ____

## CLAIM INVESTIGATION

Give the name of the City employee(s) causing the damage or injury: __(Arresting Officers)__

Was this incident reported to a law enforcement agency?  ☒ Yes  ☐ No
If yes, which agency? __Huntington Beach Police Dept.__
Police Report Number?: ____
Who reported it? __(They Did)__
Names/Addresses of all witnesses, hospitals, doctors, etc.

Additional information that might be helpful in considering this claim: __The City of Huntington Beach has targeted "homeless" persons to harass and cite* in order to alleviate the problem from their city as a general practice and procedure. I am "homeless"__

### WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM
(Penal Code § 72, Insurance Code § 556.1)

I have read the matters and statements in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is **TRUE** and **CORRECT**.

Signed this __02__ day of __August__, 20__19__ at __Huntington Beach, CA__

X __/s/ Paul__
Claimant's Signature

{Exhibit A} (Pg. 2 of 2)

G:\RISKMGMT:Liability Claim Form Rev 7-08.DOC   -2-   7/1/2008 8:32:00 AM

* Note: Property was not stored.



# CITY OF HUNTINGTON BEACH

2000 MAIN STREET　　　　　　　　　　　　　　　　　CALIFORNIA 92648

RISK MANAGEMENT DIVISION

October 31, 2019

Paul Lee
913 Louis St.
Santa Ana, CA 92703

Claim No.: 2019-024
Claimant: Paul Lee

Dear Mr. Lee:

Notice is hereby given that the claim you presented to the City of Huntington Beach on August 5, 2019 was rejected on October 31, 2019.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. This warning does not apply to Statutes of Limitations for Federal Causes of Action.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Please be advised that pursuant to Sections 128.6, 128.7 and 1038 of the California Code of Civil Procedures, the City of Huntington Beach will seek to recover all costs of defense in the event a legal action is filed in the matter and it is determined the action was not filed in good faith and with reasonable cause.

Sincerely,

DeAnna Soria
Risk Manager

c: Carl Warren & Co.
　 File

{Exhibit B}
(Pg. 1 of 1)

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Sent To: Paul Lee
Street and Apt. No., or PO Box: 913 Louis St.
City, State, ZIP+4®: Santa Ana, CA 92703

**UNITED STATES POSTAL SERVICE** — We Re-Deliver for You!

Download Informed Delivery APP to manage your redeliveries

**Sorry we missed you while you were out.**
Date: 11-23
The item was sent by: City H-B
It was sent to: Paul Lee
At this address: 913 Louise

**About the missed delivery:**
It was a:
____ Package   ✓ Letter   ____ Large envelope

Available for pickup after:
Date: 11-25

This is the:
☑ First attempt   ☐ Final notice
We'll hold on to it until: ____

For redelivery, scan the QR code or go to usps.com/redelivery and enter the barcode number shown below.

5293 0598 9206 9933

**We have item/s for you which we could not deliver because:**
☐ It requires a payment of $____ for:
   ____ Postage due   ____ Customs
☐ Receptacle full/item oversized
☐ No secure location available
☐ No authorized recipient available
☑ Signature required (Adult Signature items-must be 21+ years old)
☐ Other: ____

Please see reverse for redelivery or pickup options.
PS Form 3849, April 2018

{Exhibit C}
(Pg. 1 of 1)

T (9/2013)

