JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE, | CASE NO. SA CV 20-00301-GW (PJW) |
| Plaintiff, | |
| v. | J U D G M E N T |
| CITY OF HUNTINGTON BEACH, CALIFORNIA, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

DATED: June 16, 2020.

*[signature: George H. Wu]*

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

C:\Users\javiergonzalez\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\XBVQY598\JUDGMENT.wpd